Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

MARCUS & CINELLI, LLP

    v.

ASPEN AMERICAN INSURANCE COMPANY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-1037

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Plaintiff's Motion for Partial Summary Judgment is Denied and Defendant's Motion to Dismiss, without leave to amend, is Granted.

Date: September 25, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk